# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KIMBERLY PARKER,** ) | |
| c/o Sanford, Wittels & Heisler, LLP ) | |
| 1666 Connecticut Avenue, N.W. ) | |
| Washington, D.C. 20009, ) | |
| ) | |
| PLAINTIFF, ) | CIVIL ACTION NO. 1:06-cv-02169-CKK |
| ) | |
| ) | JURY DEMAND |
| **HENRY M. PAULSON, JR.,** ) | |
| **SECRETARY** ) | |
| **U.S. DEPARTMENT OF THE TREASURY** ) | |
| 1500 Pennsylvania Avenue, N.W. ) | |
| Washington, D.C. 20220, ) | |
| ) | |
| **AND** ) | |
| ) | |
| **PRESTON MOORE,** ) | |
| **U.S. DEPARTMENT OF THE TREASURY** ) | |
| **BUREAU OF ENGRAVING AND PRINTING** ) | |
| 14th & C Streets, S.W. ) | |
| Washington, DC 20228, ) | |
| ) | |
| DEFENDANTS. ) | |

### PRAECIPE ERRATA REGARDING CAPTION AND SIGNATURE PAGE OF PLAINTIFF'S COMPLAINT

Plaintiff, by and through undersigned counsel, respectfully requests that the Court take notice of the following errata. The Complaint filed on December 21, 2006 does not include Plaintiff's address in the caption on the first page. Additionally, page 20 of the electronic version of the Complaint does not include a signature for Plaintiff's counsel. As such, the attached first page and signature pages of the Complaint should replace their corresponding pages in the electronic filing.

Dated:  January 17, 2007                     Respectfully submitted

  /s/ David W. Sanford
David W. Sanford, D.C. Bar No. 457933
Stefanie Roemer, D.C. Bar. No. 464450
**SANFORD, WITTELS & HEISLER, LLP**
1666 Connecticut Avenue, N.W.
Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile: (202) 742-7776
dsanford@nydclaw.com
sroemer@nydclaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via U.S. Mail on this 17th day of January, 2007 upon the following:

>Secretary Henry M. Paulson
>Office of the Secretary
>United States Department of the Treasury
>1500 Pennsylvania Avenue, N.W.
>Washington, D.C. 20220
>
>Attorney General Alberto Gonzalez
>United States Department of Justice
>950 Pennsylvania Avenue, N.W.
>Washington, D.C. 20530-0001
>
>Jeffrey A. Taylor, U.S. Attorney
>United States Attorney's Office
>555 4th Street, NW
>Washington, DC 20530
>
>Preston Moore,
>U.S. Department of the Treasury
>Bureau of Engraving and Printing
>14th & C Streets, S.W.
>Washington, DC 20228

             /s/ Felicia Gilbert
             Felicia Gilbert

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIMBERLY PARKER,<br>c/o Sanford, Wittels & Heisler, LLP<br>1666 Connecticut Avenue, N.W.<br>Washington, D.C. 20009,<br><br>    PLAINTIFF,<br><br><br>HENRY M. PAULSON, JR.,<br>SECRETARY<br>U.S. DEPARTMENT OF THE TREASURY<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220,<br><br>AND<br><br>PRESTON MOORE,<br>U.S. DEPARTMENT OF THE TREASURY<br>BUREAU OF ENGRAVING AND PRINTING<br>14th & C Streets, S.W.<br>Washington, DC 20228,<br><br>    DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 1:06-cv-02169-CKK<br>)<br>) JURY DEMAND<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

**I.   INTRODUCTION**

1.     Plaintiff Kimberly Parker (hereinafter "Plaintiff" or "Ms. Parker"), by and through undersigned counsel, brings this action for declaratory judgment, equitable relief and money damages to secure the protection and to redress the deprivation of rights secured through Title VII of the Act of Congress commonly known as "The Civil Rights Act of 1964," 42 U.S.C. §§ 2000(e) *et seq.*, as amended (hereafter "Title VII"), the D.C. Human Rights Act, D.C. Code §2-1401.01, *et seq* ("Human Rights Act"), and common law claims which provide relief for intentional infliction of emotional distress and negligent hiring and retention against Defendants

Dated:  December 20, 2006                    Respectfully submitted

                                             [signature]
                                             David W. Sanford, D.C. Bar No. 457933
                                             Stefanie Roemer, D.C. Bar. No. 464450
                                             **SANFORD, WITTELS & HEISLER, LLP**
                                             1666 Connecticut Avenue, N.W.
                                             Suite 310
                                             Washington, D.C. 20009
                                             Telephone: (202) 742-7780
                                             Facsimile: (202) 742-7776
                                             dsanford@nydclaw.com
                                             sroemer@nydclaw.com

                                             *Attorneys for Plaintiff*