UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KIMBERLY PARKER** )<br>c/o Sanford, Wittels & Heisler, LLP )<br>1666 Connecticut Avenue, N.W. )<br>Washington, D.C.  20009, )<br>　　　　　　　Plaintiff, )<br>　v. )<br>　 )<br>　 ) | Civil Action No. 06-2169 (CKK)<br>(ECF) |
| **HENRY M. PAULSON, JR.,** )<br>Secretary )<br>U.S. Department of the Treasury, )<br>　 )<br>and )<br>　 )<br>**PRESTON MOORE** )<br>　 )<br>　　　　　　　Defendants. )<br>　　　　　　　　　　　　　　　) | |

## NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Andrea McBarnette, Assistant United States Attorney, as counsel of record for defendants, in the above-captioned case.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　ANDREA McBARNETTE
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　555 4th Street, NW
　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　(202) 514-7153
　　　　　　　　　　　　　　　　　(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Attorney Appearance was filed via the Court's electronic filing system on this January 30, 2007 and is expected to be served by the Court's electronic transmission facilities on:

David W. Sanford
Stefanie Roemer
SANFORD, WITTELS & HEISLER, LLP
1666 Connecticut Ave., N.W., Ste. 310
Washington, D.C. 20009
dsanford@nydclaw.com
sroemer@nydclaw.com

/s/
ANDREA McBARNETTE
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7153