UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KIMBERLY PARKER,                          )
                                          )
                    Plaintiff,            )
                                          )        Civil Action No. 06-2169 (CKK)
              v.                          )
                                          )
HENRY M. PAULSON, JR.,                    )
Secretary U.S. Department of the Treasury,)
et. al                                    )
                                          )
                    Defendants.           )
_____   )

### MOTION FOR ENLARGEMENT OF TIME TO REPLY TO THE COMPLAINT

The Defendants, Henry M. Paulson, Jr., Secretary of the U.S. Department of the Treasury, et al., through counsel, request an enlargement of time to reply to Plaintiff's Complaint. The reply to the Complaint is presently due on March 23, 2007. Agency counsel, however, has informed the undersigned that she will be out of the office for one month. Therefore, Defendants request that they be allowed to file their reply to the Complaint up to and including April 23, 2007. The time requested is necessary to conclude the agency's investigation of the allegations contained in the Complaint, to allow the undersigned time to consult with agency counsel, and to prepare an answer and/or a dispositive motion.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing the Defendants some additional time to formulate a response will aid the parties and the Court in the development and resolution of this case. The undersigned left a message with Plaintiff's counsel informing him of the requested relief.

WHEREFORE, based on the foregoing, the Defendants respectfully request that they be allowed to file their opposition up to and including April 23, 2007.

Februar 15, 2007                          Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____/s/_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153


.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Extend and accompanying order were filed via the Court's electronic filing system on this February 15, 2007 and is expected to be served by the Court's electronic transmission facilities on:

David W. Sanford
Stefanie Roemer
SANFORD, WITTELS & HEISLER, LLP
1666 Connecticut Ave., N.W., Ste. 310
Washington, D.C.  20009
dsanford@nydclaw.com
sroemer@nydclaw.com


/s/
_____
ANDREA McBARNETTE
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7153

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KIMBERLY PARKER,              )
                               )
             Plaintiff,    )
                               )     Civil Action No. 06-2169 (CKK)
           v.               )
                               )
HENRY M. PAULSON, JR.,     )
Secretary U.S. Department of the Treasury,  )
et. al                           )
                               )
            Defendants.  )
_____)

**<u>ORDER</u>**

Upon consideration of Defendants' Motion for Enlargement of Time, it is hereby ordered

that the motion is granted.  Defendants may file a reply to the Complaint on or before April 23,

2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007