**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KIMBERLY PARKER**       ) | |
| )  | |
| **Plaintiff,**       ) | |
| ) | |
| v.       ) | |
| ) | **Civil Action No. 06-2169 (CKK)** |
| ) | **(ECF)** |
| **HENRY M. PAULSON, JR.,**       ) | |
| **Secretary**       ) | |
| **U.S. Department of the Treasury,**       ) | |
| ) | |
| **and**       ) | |
| ) | |
| **PRESTON MOORE**       ) | |
| ) | |
| **Defendants.**       ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF REPRESENTATION FOR PRESTON MOORE

On January 29, 2007, the undersigned entered her appearance for the above named Defendants. To the extent that Defendant Preston Moore is being sued in an individual capacity, however, the undersigned has not been authorized to represent Defendant Moore at this time and so incorrectly entered her appearance on his behalf. Therefore, the Clerk of Court will please remove the appearance of Assistant United States Attorney Andrea McBarnette as counsel of record for Defendant Preston Moore.

Dated: February 15, 2007                Respectfully submitted,

                                        /s/
                                        _____
                                        ANDREA McBARNETTE
                                        Assistant United States Attorney
                                        555 4th Street, NW
                                        Washington, DC 20530
                                        (202) 514-7153
                                        (202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Attorney Appearance was filed via the Court's electronic filing system on this February 15, 2007 and is expected to be served by the Court's electronic transmission facilities on:

David W. Sanford
Stefanie Roemer
SANFORD, WITTELS & HEISLER, LLP
1666 Connecticut Ave., N.W., Ste. 310
Washington, D.C. 20009
dsanford@nydclaw.com
sroemer@nydclaw.com

                                                /s/
                                     ANDREA McBARNETTE
                                     Assistant United States Attorney
                                     555 4th Street, NW
                                     Washington, DC 20530
                                     (202) 514-7153