UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIMBERLY PARKER, )<br>)<br>              Plaintiff, )<br>)<br>    v. )<br>)<br>HENRY M. PAULSON, JR., )<br>Secretary U.S. Department of the Treasury, )<br>et. al )<br>)<br>              Defendants. )<br>                                ) | Civil Action No. 06-2169 (CKK) |

## CONSENT MOTION TO STAY BRIEFING SCHEDULE

Defendant, Henry M. Paulson, Jr., Secretary of the U.S. Department of the Treasury, by and through his undersigned counsel, respectfully moves this Court to stay the briefing schedule in this case brought under the Civil Rights Act of 1964 ("Title VII") as amended, 42 U.S.C. §§ 2000(e) *et seq*. The parties have agreed to seek informal resolution of this action and request that the Court refer the parties to a magistrate judge for alternate dispute resolution. The parties have further agreed to request that the litigation be stayed for 60 days, within which time the parties will attempt to reach a settlement.

WHEREFORE, based on the foregoing, the Defendant respectfully requests that the Court stay the briefing schedule in this matter so that the parties can discuss and resolve the issues in this case.

Dated: April 18, 2007             Respectfully submitted,


/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


/s/
ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KIMBERLY PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 06-2169 (CKK) |
| v. | ) | |
| | ) | |
| HENRY M. PAULSON, JR., | ) | |
| Secretary U.S. Department of the Treasury, | ) | |
| et. al | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **ORDER**

Upon consideration of the Motion to Stay the Briefing Schedule by Defendant Henry M. Paulson, Jr., Secretary of the U.S. Department of the Treasury, it is hereby ordered that the motion is granted. Litigation in this matter will be stayed for 60 days.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007