UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

KIMBERLY PARKER,

      Plaintiff,                           Civil Action No.:  06-CV-2169 (CKK)

      v.

HENRY PAULSON, Secretary of
the Treasury; PRESTON MOORE,
in his individual capacity,

      Defendants.
_____/

## NOTICE OF APPEARANCE

      **PLEASE TAKE NOTICE** that Defendant Preston Moore, in his individual capacity, through the undersigned counsel, hereby appears in the above entitled action and demands that a copy of the all papers in this action be served upon him at the post office address below and/or electronic mail at the address below:

Dated:  April 28, 2007

                                                    ***/s/ Stephen G. DeNigris, Esq.***
                                                    Stephen G. DeNigris, Esq.
                                                    D.C. Bar No. 440697
                                                  Attorney for Defendant Preston Moore
                                                  2100 M Street NW Suite 170-283
                                                  Washington, D.C.  20037

                                                  Office:       (703)416-1036
                                                  Office fax:   (703)416-1037

                                                  e-mail:sgd853@aol.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of Defendant Preston Moore, in his Individual Capacity, Notice of Appearance was sent by First Class Mail, Postage Prepaid and by electronic mail on the 28th day of April 2007, to the following:

David W. Sanford, Esq.
1666 Connecticut Avenue, NW
Suite 310
Washington, DC 20009
dsanford@nydclaw.com

Andrea McBarnette, Esq.
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
andrea.mcbarnette@usdoj.gov

*/s/ Stephen G. DeNigris, Esq.*