UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

KIMBERLY PARKER,

      Plaintiff,                                 Civil Action No.: 06-CV-2169 (CKK)

      v.

HENRY PAULSON, Secretary of
the Treasury; PRESTON MOORE,
in his individual capacity,

      Defendants.
_____/

## DEFENDANT MOORE'S MOTION TO DISMISS
## AND/OR MOTION FOR SUMMARY JUDGMENT

      Pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6), Defendant Preston Moore, in his individual capacity, moves this Court for an order dismissing all claims asserted against him in his individual capacity as the Court does not have jurisdiction over the plaintiff's individual capacity claims and also that plaintiff failed to state a claim upon which relief can be granted. In the alternative, pursuant to Fed. R. Civ. P. 56, and LCvR 56.1, Defendant Moore seeks an order granting summary judgment in his favor against the plaintiff.

      As ground for these motions, Defendant Moore contends: (1) Plaintiff's claims against Defendant Moore, in his individual capacity, are in fact claims arising under the Federal Tort Claims Act and therefore arise solely against the United States; (2) Plaintiff failed to exhaust her administrative remedies under the Federal Tort Claims Act and her claims are time-barred as a matter of federal law; (2) Plaintiff's common law claims against Defendant Moore, in his individual capacity, as to assault, battery and intentional infliction of emotional distress are time-

barred under D.C. Code §12-301; (3) Plaintiff's claims for intentional infliction of emotional distress against Defendant Moore, in his individual capacity, arose during the scope and course of her employment. Accordingly, that claim is only cognizable under the Federal Employees Compensation Act (FECA). In support of this motion, Defendant Preston Moore respectfully refers the Court to the attached Statement of Material Facts Not in Dispute and to the attached memorandum of points and authorities.

Because this is a dispositive motion, Defendant Moore, in his individual capacity, has not sought the Plaintiff's consent. *See* LCvR 7(m).

                    Respectfully submitted,


                    ***/s/ Stephen G. DeNigris, Esq.***
                    Stephen G. DeNigris, Esq.
                    D.C. Bar No. 440697
                    Attorney for Defendant Preston Moore
                    2100 M Street NW Suite 170-283
                    Washington, D.C. 20037

                    Office:       (703)416-1036
                    Office fax:  (703)416-1037

                    e-mail:sgd853@aol.com


Dated: May 11, 2007

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that a copy of Defendant Preston Moore, in his Individual Capacity, Motion to Dismiss and/or Motion for Summary Judgment was sent by First Class Mail, Postage Prepaid and by electronic mail on the 11th day of May 2007, to the following:

David W. Sanford, Esq.
1666 Connecticut Avenue, NW
Suite 310
Washington, DC 20009
dsanford@nydclaw.com

Andrea McBarnette, Esq.
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
andrea.mcbarnette@usdoj.gov

                                      ***/s/ Stephen G. DeNigris, Esq.***