UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

KIMBERLY PARKER,

       Plaintiff,                         Civil Action No.: 06-CV-2169 (CKK)

       v.

HENRY PAULSON, Secretary of
the Treasury; PRESTON MOORE,
in his individual capacity,

       Defendants.
_____/

## MOTION FOR CLARIFICATION

       Defendant, Preston Moore, through his counsel of record, moves this Court for and Order clarifying the Court's Minute Order of April 20, 2007, staying the briefing schedule between the government and the plaintiff in this matter. As further grounds, counsel would state:

       1.      On January 30, 2007, the United States Attorney's Office for the District of Columbia entered an appearance on behalf of defendant Paulson and defendant Moore in this matter. (Docket Entry 3)

      2.      On February 15, 2007, the United States Attorney's Office for the District of Columbia, withdrew its representation of defendant Moore presumably because he was sued in his individual capacity. (Docket Entry 5)

      3.      On April 18, 2007, the United States moved this Honorable Court for a stay of the briefing schedule *as it applied to Defendant Paulson* and the plaintiff. No such motion was made by the government as it applied to defendant Moore.

      4.      This Honorable Court granted the government's motion *as it applied to Defendant*

*Paulson*, on April 20, 2007.  (Minute Entry Order)

     5.     This Honorable Court further ordered the government and the plaintiff to voluntary mediation with the magistrate judge.  Defendant Moore was not included in this order.

     6.     On April 28, 2007, counsel entered his appearance on behalf of defendant Moore in his individual capacity.  (Docket Entry 8)

     7.     On May 15, 2007, defendant Moore, in his individual capacity, moved to dismiss the complaint and further moved for summary judgment in this matter.  (Docket Entries 10-11)

     8.     To date, the plaintiff has not filed a response.  An attempt by e-mail from defendant Moore's counsel to ascertain why plaintiff failed to respond to the motion has gone unanswered by plaintiff's counsel.

     9.     As a result, defendant Moore's counsel today contacted AUSA Andrea McBarnette, who indicated that there was a stay of the briefing schedule in effect *as it applied to defendant Paulson.*  Counsel also attempted to contact Attorney Sanford and left a detailed message on his voice-mail concerning this motion.

     10.     Upon review of the government's motion and this Honorable Court's Order dated April 20, 2007, there is no mention of defendant Moore.  Thus, it does not appear that defendant Moore was subject to the stay of briefing.

     11.     The time for answering defendant Moore's dispositive motions has passed.  Thus, Defendant Moore seeks to clarify whether Moore was covered by the Court's April 20, 2007, order.  Defendant Moore's position is that he was not covered by the Court's April 20, 2007, Order and that he is now entitled to a ruling on his dispositive motions.

     WHEREFORE, Defendant Preston Moore, respectfully prays that this Honorable Court find that Moore was not included in stay of briefing schedule dated April 20, 2007, and that he is

now entitled for a ruling on his motion to dismiss and/or summary judgment.

                Respectfully submitted,

                ***/s/ Stephen G. DeNigris, Esq.***
                Stephen G. DeNigris, Esq.
                D.C. Bar No. 440697
                Attorney for Defendant Preston Moore
                2100 M Street NW Suite 170-283
                Washington, D.C.  20037

                Office:       (703)416-1036
                Office fax:   (703)416-1037

                e-mail:sgd853@aol.com

Dated:  June 5, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

KIMBERLY PARKER,

    Plaintiff,                                      Civil Action No.:  06-CV-2169 (CKK)

    v.

HENRY PAULSON, Secretary of
the Treasury; PRESTON MOORE,
in his individual capacity,

    Defendants.
_____/

## **O R D E R**

Upon consideration of the Defendant Moore's Motion for Clarification and upon good cause being shown its is now hereby

**ORDERED** that the Defendant Moore's Motion is hereby GRANTED. And it is further

**ORDERED** that the Court's Order of April 20, 2007, for stay of the briefing schedule applied only to Defendant Paulson and was not intended to include defendant Moore.  And it is further

**ORDERED** that defendant Moore's dispositive motion is now ripe for review and for a ruling from this Court.

                                              _____
                                              UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that a copy of Defendant Preston Moore, in his Individual Capacity, Motion for Clarification was sent by Electronic Mail (e-mail) on the 5th day of June 2007, to the following:

David W. Sanford, Esq.
1666 Connecticut Avenue, NW
Suite 310
Washington, DC 20009
dsanford@nydclaw.com

Andrea McBarnette, Esq.
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
andrea.mcbarnette@usdoj.gov

                                            */s/ Stephen G. DeNigris, Esq.*