UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIMBERLY PARKER,<br>c/o Sanford, Wittels & Heisler, LLP<br>1666 Connecticut Avenue, N.W.<br>Washington, D.C. 20009,<br><br>    PLAINTIFF,<br><br><br>HENRY M. PAULSON, JR.,<br>SECRETARY<br>U.S. DEPARTMENT OF THE TREASURY<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220,<br><br>AND<br><br>PRESTON MOORE,<br>U.S. DEPARTMENT OF THE TREASURY<br>BUREAU OF ENGRAVING AND PRINTING<br>14th & C Streets, S.W.<br>Washington, DC 20228,<br><br>    DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 1:06-cv-02169-CKK<br>)<br>)  JURY DEMAND<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION TO DISMISS INDIVIDUAL DEFENDANT PRESTON MOORE**

Plaintiff, by and through undersigned counsel, respectfully moves this Court to dismiss her claims against individual Defendant Preston Moore in the above-captioned action.

Dated: June 6, 2007　　　　　　　　　　Respectfully submitted

　　　　　　　　　　　　　　　　　　　　/s/ David W. Sanford_____
　　　　　　　　　　　　　　　　　　　David W. Sanford, D.C. Bar No. 457933
　　　　　　　　　　　　　　　　　　　Stefanie Roemer, D.C. Bar. No. 464450
　　　　　　　　　　　　　　　　　　　**SANFORD, WITTELS & HEISLER, LLP**
　　　　　　　　　　　　　　　　　　　1666 Connecticut Avenue, N.W.

Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile: (202) 742-7776
dsanford@nydclaw.com
sroemer@nydclaw.com

*Attorneys for Plaintiff*