UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIMBERLY PARKER,<br><br>   Plaintiff,<br><br>   v.<br><br>HENRY M. PAULSON, JR.,<br>Secretary, U.S. Department of the Treasury,<br>*et al.*,<br><br>   Defendants. | Civil Action No. 06-2169 (CKK) |

**ORDER**
(June 11, 2007)

On June 11, 2007, the Parties informed the Court that they had reached a settlement in principle in the above-captioned case. Pursuant to that conversation, it is, this 11th day of June, 2007, hereby

**ORDERED** that this case is DISMISSED. The dismissal shall be without prejudice until August 17, 2007. Should counsel fail to move to extend or to reopen the case before that date, the matter shall, without further order, stand dismissed **with** prejudice.

**SO ORDERED.**

                                                          */s/*
                                         COLLEEN KOLLAR-KOTELLY
                                         United States District Judge